**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 06-818 S+C

Alcazar Shriners
Alcazar Shrine Center
555 East Blve.
Montgomery, AL 36117

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): ROMAN HOCHHALTER
B. Date of Delivery: 9-18-06
C. Signature: X Roman Hochhalter   ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Copy): 7006 0100 0003 2054 7232

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952