| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) **Lee R. Sims**   B. Date of Delivery **18Sep06**<br>C. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: **06-818 S+C**<br><br>Lee Sims<br>P.O. Box 210279<br>Montgomery, AL 36121-0279 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 2054 7218 |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

SCANNED 9/19/06 VA