IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES KELSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-818-WKW |
| | ) | |
| ALCAZAR SHRINERS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #8 ) filed on October 12, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on November 10, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before November 3, 2006. The defendant may file a reply brief on or before November 10, 2006.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the courtesy copy shall be bound in a three-ring binder and tabbed.**

DONE this the 13th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE