**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES KELSER, d/b/a** | * | |
| **RIVER REGION EVENTS** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Case No. 2:06-cv-818-WKW** |
| | * | |
| **ALCAZAR SHRINERS,** | * | |
| **SHRINERS OF NORTH AMERICA,** | * | |
| **and LEE SIMS,** | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO MOTION TO DISMISS**

COMES NOW Plaintiff in the above-styled matter respectfully moving this Honorable Court for an extension of time to respond to Motion to Dismiss filed by these defendants on October 12, 2006 (Doc.#8) stating as follows:

1.      Counsel for the plaintiff are scheduled for jury trials during the week of November 6, 2006. (Cotney v. Bowers, 2:03cv1181-WKW, J.S. v. Campbell, 2:05cv928-WKW, Middle District of Alabama).

2.      The court has ordered the plaintiff to respond to the defendants' motion on November 3, 2006.  (Doc.#11).

3.      Preparation for these jury trials has consumed counsel for the plaintiff to such an extent that a proper and through response to the defendants' motion is improbable.

The above considered the plaintiff respectfully requests an extension of time in which to properly and adequately respond to the pending motion dismiss.

Respectfully submitted this the 3rd day of November, 2006.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this _2nd_ day of November, 2006.

N. Gunter Guy, Jr.

s/K. ANDERSON NELMS

K. ANDERSON NELMS

P.O. Box 5059

Montgomery, AL 36103

Phone: (334) 263-7733

Fax: (334) 832-4390

andynelms@jaylewislaw.com

ASB-6972-E63K