IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KELSER, d/b/a RIVER REGION EVENTS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-818-WKW ) |
| ALCAZAR SHRINERS, *et al*, | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss filed on November 2, 2006 (Doc. # 13), it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to the Motion to Dismiss (Doc. # 8) no later than November 17, 2006. The defendants shall file a reply no later than November 24, 2006.

DONE this 3rd day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE