IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KESLER d/b/a<br>RIVER REGION EVENTS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALCAZAR SHRINERS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:06-CV-818-WKW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF TAKING DEPOSITION

TO:    Attorney(s) of Record

Please take notice that the Defendant will take the deposition of the individual listed below at the date, place and time indicated as follows, before a Notary Public or before some other officer authorized by law to administer oaths. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

    **Deponent:**    **Charles Kelser**

    **Date:**    **Wednesday, June 27, 2007**

    **Time:**    **9:00 a.m.**

    **Location:**    **Ball, Ball, Matthews & Novak, P.A.**
    **2000 Interstate Park Drive, Suite 204**
    **Montgomery, Alabama**

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, the deponent is requested to produce the following:

1. A copy of any and all documents or other disclosures required by Federal Rule of Civil Procedure 26(a)(1).

2. A copy of any and all documents relating to the formation, operation and ownership of River Region Events.

3. A copy of any and all correspondence between the plaintiff and any named defendant or other person associated with the Alcazar Shriners or the Shriners of North America.

4. A copy of the original lease agreement with Alcazar Shriners which is the subject of this lawsuit.

5. A copy of any documents relating to damages claimed in this case by the plaintiff.

6. A copy of any agreements, contracts or other similar documents with any person or entity that was entered into by and between Charles Kelser d/b/a River Region Events from June 1, 2006 until the present date.

7. A copy of any file relating to any matters involving the Alcazar Shriners.

8. A copy of any and all contracts between the plaintiff and any person or entity relating to the "Latino Night" booked for August 4, 2006 and/or the "Latino Night" booked for August 25, 2006.

9. A copy of any posters, flyers or other documents relating to the "Latino Night" booked for August 4, 2006 and/or the "Latino Night" booked for August 25, 2006.

10. A copy of any pictures, videotape recordings, audiotape recordings or other similar recording means involving any of the defendants or any person associated with the defendants.

        s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

        s/N. Gunter Guy, Jr.
        OF COUNSEL