IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KESLER d/b/a<br>RIVER REGION EVENTS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALCAZAR SHRINERS,<br>SHRINERS OF NORTH AMERICA;<br>LEE SIMS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:06-CV-818-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the defendants, Alcazar Shriners, Shriners of North America, and Lee Sims, in the above-captioned matter, ad in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

X    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Shriner's Hospitals for Children | Affiliated Corporation |
| Imperial Council of the Ancient Arabic Order Nobles of the Mystic Shrine for North America | Affiliated Managing Corporation |

      s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR. (GUY004)**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
gguy@ball-ball.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL  36103

      s/N. Gunter Guy, Jr.
      OF COUNSEL