IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES KESLER d/b/a<br>RIVER REGION EVENTS,<br><br>Plaintiff,<br><br>vs.<br><br>ALCAZAR SHRINERS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:06-CV-818-WKW<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL
## WITH PREJUDICE

COMES NOW the plaintiff, by and through his attorney of record and the defendants, by and through their attorney of record, and by stipulation and agreement, hereby move this Honorable Court to dismiss the above referenced matter with prejudice, each party to bear their own costs.

s/ Jay Lewis
**JAY LEWIS**
**Attorney for Plaintiff**
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, AL  36103
Phone:  (334) 263-7733
j-lewis@jaylewislaw.com
ASB-2014-E66J

   s/N. Gunter Guy, Jr.
**N. GUNTER GUY, JR.**
**Attorney for Defendants**
BALL, BALL, MATTHEWS &
NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
gguy@ball-ball.com
ASB-3950-Y82N